# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

LAWRENCE FISHER and
LESLEY EPSTEIN,

        Plaintiffs,

V.

CAMBRIDGE DAYSCHOOLS, INC. and
CAMBRIDGE ACADEMIES, INC.,

        Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **00-6120**

**CIV-ZLOCH**

MAGISTRATE JUDGE
SELTZER

TO: (Name and address of defendant)

    CAMBRIDGE DAYSCHOOLS, INC.
    1770 Massachusetts Avenue, Suite 212
    Cambridge, Massachusetts 02140

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Robert T. Slatoff, Esquire
    FRANK, EFFMAN, WEINBERG, BLACK, P.A.
    8000 Peters Road
    Plantation, Florida 33324

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox
_____
CLERK

_O. Jordan_ (signature)
_____
(BY) DEPUTY CLERK

_January 26, 2000_
_____
DATE