# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

LAWRENCE FISHER and
LESLEY EPSTEIN,

      Plaintiffs,

V.

CAMBRIDGE DAYSCHOOLS, INC. and
CAMBRIDGE ACADEMIES, INC.,

      Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 00-6120

CIV-ZLOCH

MAGISTRATE JUDGE
SELTZER

TO: (Name and address of defendant)

    CAMBRIDGE ACADEMIES, INC.
    8300 N.W. 53rd Street, #300
    Miami, Florida 33165

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Robert T. Slatoff, Esquire
    FRANK, EFFMAN, WEINBERG, BLACK, P.A.
    8000 Peters Road
    Plantation, Florida 33324

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox
CLERK

(BY) DEPUTY CLERK

DATE: January 26, 2000