IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| LAWRENCE FISHER and LESLEY EPSTEIN, ) <br> ) <br> Plaintiffs, ) <br> ) <br> -against- ) <br> ) <br> CAMBRIDGE Day Schools, Inc. and ) <br> CAMBRIDGE Academies, Inc., ) <br> ) <br> Defendants. ) <br> _____) | 00-6120 <br><br> Case No.: _____ <br><br> **CIV-ZLOCH** <br> MAGISTRATE JUDGE <br> SELTZER |

## MOTION TO APPEAR PRO HAC VICE

JONATHAN HUDIS, ESQUIRE of the firm OBLON, SPIVAK, MCCLELLAND, MAIER & NEUSTADT, P.C., pursuant to Local Admis. Rule 4(B), moves for special admission, *pro hac vice*, to appear in this case as counsel for plaintiffs LAWRENCE FISHER and LESLEY EPSTEIN and states as follows:

1. Movant is an attorney licensed to practice law in the States of New York, New Jersey, Pennsylvania, Washington, D.C., and the Commonwealth of Virginia, and has been a member in good standing of the New York, New Jersey, Pennsylvania, Washington, D.C., and Virginia Bars since January 12, 1988, December 18, 1987, May 19, 1993, June 16, 1989, and April 20, 1995, respectively.

2. Movant also is admitted to practice before the Supreme Court, the Courts of Appeals for the Second Circuit, Third Circuit, Federal Circuit, D.C. Circuit, and the United States District Courts for the Eastern District of New York, Southern District of New York,

Northern District of New York, District of New Jersey, District of the District of Columbia, Northern District of California, and the Eastern District of Virginia.

3. Movant designates Robert T. Slatoff who is qualified to practice in this Court and who consents to designation as local counsel.

4. Movant certifies that he has never been disbarred and is not currently suspended from the practice of law in the State of Florida or any other State nor from any United States Bankruptcy Court, District Court or Court of Appeals.

5. Movant certifies that he is familiar with and shall be governed by the Local Rules of this Court, the Rules of Professional Conduct, and all other requirements governing the professional behavior of members of the Florida Bar.

WHEREFORE, Movant respectfully requests entry of the attached proposed order authorizing his special admission *pro hac vice* to practice in this case.

Jonathan Hudis
OBLON, SPIVAK, McCLELLAND, MAIER
 & NEUSTADT, P.C.
1755 Jefferson Davis Highway
Fourth Floor
Arlington, Virginia 22202
(703) 413-3000
(703) 413-2220
Jhudis@oblon.com

Dated: 1/21/00       By: *Jonath Hudis*

## CONSENT TO ACT AS LOCAL COUNSEL

I, ROBERT T. SLATOFF, ESQUIRE, an attorney qualified to practice in this Court, consent to designation as local attorney for Jonathan Hudis, Esquire, and agree to serve as designee with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers shall be served in accordance with Local Admis. Rule 4(B).

Robert T. Slatoff (Fla. Bar # 816116)
FRANK, EFFMAN, WEINBERG,
 BLACK, P.A.
8000 Peters Road
Plantation, Florida 33324
Tel. (954) 474-8000
Fax. (954) 474-9850
RSlatoff@fewb.com

Dated: January 25, 2000

By: _____