IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| LAWRENCE FISHER and LESLEY EPSTEIN, ) <br> ) <br> Plaintiffs, ) <br> ) <br> -against- ) <br> ) <br> CAMBRIDGE Day Schools, Inc. and ) <br> CAMBRIDGE Academies, Inc., ) <br> ) <br> Defendants. ) <br> ) | Case No. 00-6120 <br> CIV-ZLOCH <br> MAGISTRATE JUDGE <br> SELTZER |

## MOTION TO APPEAR PRO HAC VICE

STEVEN A. WEINBERG, ESQUIRE of the firm FRANK, EFFMAN, WEINBERG & BLACK, P.A., pursuant to Local Admin. Rule 4(B), moves for special admission, *pro hac vice*, to appear in this case as counsel for plaintiffs LAWRENCE FISHER and LESLEY EPSTEIN and states as follows:

1. Movant is an attorney licensed to practice law in the State of Florida and has been a member in good standing of the Florida Bar since June, 1983.

2. Movant designates Robert T. Slatoff, who is qualified to practice in this Court and who consents to designation as local counsel.

4. Movant certifies that he has never been disbarred and is not currently suspended from the practice of law in the State of Florida or any other State nor from any United States Bankruptcy Court or Court of Appeals.

5. Movant certifies that he is familiar with and shall be governed by the Local Rules of this Court, the Rules of Professional Conduct, and all other requirements governing the professional

-1-

behavior of members of the Florida Bar.

WHEREFORE, Movant respectfully requests entry of the attached proposed Order authorizing his special admission *pro hac vice* to practice in this case.

                                  Steven A. Weinberg (Fla. Bar No. 357608)
                                  FRANK, EFFMAN, WEINBERG & BLACK, P.A.
                                  8000 Peters Road, Second Floor
                                  Plantation, Florida 33324
                                  (954) 474-8000
                                  Fax: (954) 474-9850

Dated: January 25, 2000        By: _____
                                             Steven A. Weinberg

## CONSENT TO ACT AS LOCAL COUNSEL

I, ROBERT T. SLATOFF, ESQUIRE, an attorney qualified to practice in this Court, consent to designation as local attorney for Steven A. Weinberg, Esquire, and agree to serve as designee with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers shall be served in accordance with Local Admin. Rule 4(B).

                                        Robert T. Slatoff (Fla. Bar #816116)
                                        FRANK, EFFMAN, WEINBERG & BLACK, P.A.
                                        8000 Peters Road, 2nd Floor
                                        Plantation, Florida 33324
                                        (954) 474-8000
                                        Fax (954) 474-9850

Dated: *January 25, 2000*       By: _____
                                                  Robert T. Slatoff