

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

| | |
|---|---|
| LAWRENCE FISHER and LESLEY EPSTEIN, | ) |
| Plaintiffs, | ) |
| -against- | ) Case No.: **00-6120** |
| CAMBRIDGE Day Schools, Inc. and CAMBRIDGE Academies, Inc., | ) **CIV-ZLOCH** |
| Defendants. | ) **MAGISTRATE JUDGE SELTZER** |

## MOTION TO APPEAR PRO HAC VICE

BRIAN D. ANDERSON, ESQUIRE of the firm OBLON, SPIVAK, MCCLELLAND, MAIER & NEUSTADT, P.C., pursuant to Local Admis. Rule 4(B), moves for special admission, *pro hac vice*, to appear in this case as counsel for plaintiffs LAWRENCE FISHER and LESLEY EPSTEIN and states as follows:

1.    Movant is an attorney licensed to practice law in the Commonwealth of Virginia, the State of Florida and the District of Columbia, and has been a member in good standing of the Virginia, Washington, D.C. and Florida Bars since 1997, 1981, and 1979 respectively.

2.    Movant also is admitted to practice before the District of Columbia Court of Appeals, and the Court of Appeals for Federal Circuit.

3.    Movant designates Robert T. Slatoff who is qualified to practice in this Court and who consents to designation as local counsel.



4. Movant certifies that he has never been disbarred and is not currently suspended from the practice of law in the State of Florida or any other State nor from any United States Bankruptcy Court, District Court or Court of Appeals.

5. Movant certifies that he is familiar with and shall be governed by the Local Rules of this Court, the Rules of Professional Conduct, and all other requirements governing the professional behavior of members of the Florida Bar.

WHEREFORE, Movant respectfully requests entry of the attached proposed order authorizing his special admission *pro hac vice* to practice in this case.

Brian D. Anderson (Fla. Bar # 0285811)
OBLON, SPIVAK, McCLELLAND, MAIER
 & NEUSTADT, P.C.
1755 Jefferson Davis Highway
Fourth Floor
Arlington, Virginia 22202
(703) 413-3000
(703) 413-2220
Banderson@oblon.com

Dated: _____   By: _____

## CONSENT TO ACT AS LOCAL COUNSEL

I, ROBERT T. SLATOFF, ESQUIRE, an attorney qualified to practice in this Court, consent to designation as local attorney for Brian D. Anderson, Esquire, and agree to serve as designee with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers shall be served in accordance with Local Admis. Rule 4(B).

Robert T. Slatoff (Fla. Bar # 816116)
FRANK, EFFMAN, WEINBERG,
 BLACK, P.A.
8000 Peters Road
Plantation, Florida 33324
Tel. (954) 474-8000
Fax. (954) 474-9850
Rslatoff@fewb.com

Dated: January 25, 2000

By: _____