UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6120-CIV-ZLOCH

LAWRENCE FISHER and LESLEY EPSTEIN,

      Plaintiffs,

vs.                                          **O R D E R**

CAMBRIDGE Day Schools, Inc. and
CAMBRIDGE Academies, Inc.,

      Defendants.
_____/



    THIS MATTER is before the Court upon the Motion To Appear *Pro Hac Vice* (DE 4), filed herein by Jonathan Hudis, Esquire of the firm Oblon, Spivak, McClelland, Maier & Neustadt, P.C.; upon the Motion To Appear *Pro Hac Vice* (DE 5), filed herein by Steven A. Weinberg, Esquire of the firm Frank, Effman, Weinberg & Black, P.A.; and upon the Motion To Appear *Pro Hac Vice* (DE 6), filed herein by Brian D. Anderson, Esquire of the firm Oblon, Spivak, McClelland, Maier & Neustadt, P.C. The Court has carefully reviewed said Motions and after due consideration, it is

    **ORDERED AND ADJUDGED** that the aforementioned Motions To Appear *Pro Hac Vice* (DE Nos. 4, 5 and 6) be and the same are hereby **GRANTED.** Jonathan Hudis, Esquire of the firm Oblon, Spivak,

7

McClelland, Maier & Neustadt, P.C., Steven A. Weinberg, Esquire of the firm Frank, Effman, Weinberg & Black, P.A., and Brian D. Anderson, Esquire of the firm Orlon, Spivak, McClelland, Maier & Neustadt, P.C. are hereby granted leave to appear in the above-styled cause on behalf of the Plaintiffs, Lawrence Fisher and Lesley Epstein.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of January, 2000.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

Jonathan Hudis, Esq.
Steven Weinberg, Esq.
Brian D. Anderson, Esq.