IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No.: 00-6120-CIV-ZLOCH

LAWRENCE FISHER and LESLEY EPSTEIN,     )
                                         )
                    Plaintiffs,          )
                                         )
vs.                                      )
                                         )
CAMBRIDGE DAY SCHOOLS, INC. and          )
CAMBRIDGE ACADEMIES, INC.,               )
                                         )
                    Defendants.          )
_____)



## MOTION FOR PRELIMINARY INJUNCTION

Plaintiffs, Lawrence Fisher and Lesley Epstein, submit this motion pursuant to Rule 65, Fed.R.Civ.P., for the issuance of a preliminary injunction against the Defendants, Cambridge Day Schools, Inc. and Cambridge Academies, Inc., regarding their infringing use of the marks CAMBRIDGE ACADEMIES, CAMBRIDGE CHARTER SCHOOLS and CAMBRIDGE DAY SCHOOLS and the domain names "CAMBRIDGEDAYSCHOOL.COM" and "CAMBRIDGEACADEMIES.COM" - in violation of Plaintiffs rights in its Federally registered service mark CAMBRIDGE LEARNING CENTRE.

For the reasons stated in Plaintiffs' Memorandum in Support of the Motion for Preliminary Injunction, Plaintiffs request that the Court issue a Preliminary Injunction against Defendants' infringing use of the CAMBRIDGE ACADEMIES, CAMBRIDGE CHARTER SCHOOLS and CAMBRIDGE DAY SCHOOLS marks, the "CAMBRIDGEDAYSCHOOL.COM" and

1



Case No.: 00-6120-CIV-ZLOCH

"CAMBRIDGEACADEMIES.COM" domain names, and any and all marks confusingly similar thereto.

A Memorandum of Law in support of this Motion and Proposed Order are submitted herewith.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of this Notice has been furnished by mail to: CHARLES L. SOLOMONT, ESQ., Bingham, Dana LLP, as Authorized Agent for Cambridge Academies, Inc. and Cambridge Day School, Inc., 150 Federal Street, Boston, Massachusetts 02110-1726 on this 24 day of February, 2000.

Respectfully submitted,

FRANK, EFFMAN, WEINBERG, & BLACK, P.A.

By: _____
Robert T. Slatoff (Fla. Bar # 816116)
7805 S.W. 6th Court
Plantation, Florida 33324
Tel. (954) 474-8000
Fax. (954) 474-9850
E-mail: Rslatoff@fewb.com
ATTORNEYS FOR PLAINTIFFS
LAWRENCE FISHER and LESLEY EPSTEIN

Case No.: 00-6120-CIV-ZLOCH

Of Counsel:
Brian D. Anderson (Fla. Bar # 0285811)
Jonathan Hudis
Michael J. Leonard
OBLON, SPIVAK, McCLELLAND,
 MAIER & NEUSTADT, P.C.
1755 Jefferson Davis Highway
Arlington, Virginia 22202
Tel. (703) 413-3000
Fax. (703) 413-2220
E-mail: Banderson@oblon.com
        Jhudis@oblon.com

Steven A. Weinberg (Fla. Bar # 367508)
FRANK, EFFMAN, WEINBERG,
 & BLACK, P.A.
7805 S.W. 6th Court
Plantation, Florida 33324
Tel. (954) 474-8000
Fax. (954) 474-9850
Sweinberg@fewb.com

H:\FEWB\C\Cambridge Learning Ctr\5531.012 Infridgement Action Against Cambridge Academy\Lawsuit\106980001-mot.revised.wp