IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

LAWRENCE FISHER and LESLEY EPSTEIN,
    Plaintiffs,

Case No.: # 00-6120-CIV-ZLOCH

vs.

CAMBRIDGE Day Schools, Inc. and
CAMBRIDGE Academies, Inc.,

    Defendants.

_____

**PLAINTIFFS' NOTICE OF FILING CAMBRIDGE ACADEMIES, INC.'S WAIVER OF SERVICE; CAMBRIDGE DAY SCHOOL, INC.'S WAIVER OF SUMMONS AND TWO ORIGINAL SUMMONSES**

Plaintiffs, through counsel, give notice of filing with the Clerk of the Court the following documents:

1. Cambridge Academies, Inc.'s Waiver of Service of Summons;

2. Original Summons to Cambridge Academies, Inc.;

3. Cambridge Day School, Inc.'s Waiver of Service of Summons; and

4. Original Summons to Cambridge Day School, Inc.

CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of this Notice has been furnished by mail to: CHARLES L. SOLOMONT, as Authorized Agent for Cambridge Academies, Inc. and Cambridge Day School, Inc., 1770 Massachusetts Avenue, Suite 212, Cambridge, Massachusetts

Case No.: # 00-6120-CIV-ZLOCH

02140 on this 22 day of February, 2000.

          FRANK, EFFMAN, WEINBERG & BLACK, P.A.

By: _____
          Robert T. Slatoff (Fla. Bar # 816116)
          7805 S. W. 6th Court
          Plantation, Florida 33324
          Tel. (954) 474-8000
          Fax. (954) 474-9850
          E-mail: Rslatoff@fewb.com
ATTORNEYS FOR PLAINTIFFS
LAWRENCE FISHER and LESLEY EPSTEIN

Of Counsel:
Brian D. Anderson (Fla. Bar # 0285811)
Jonathan Hudis
OBLON, SPIVAK, McCLELLAND,
 MAIER & NEUSTADT, P.C.
1755 Jefferson Davis Highway
Arlington, Virginia 22202
Tel. (703) 413-3000
Fax. (703) 413-2220
E-mail: Banderson@oblon.com
       Jhudis@oblon.com

Steven A. Weinberg (Fla. Bar # 367508)
FRANK, EFFMAN, WEINBERG & BLACK, P.A.
8000 Peters Road
Plantation, Florida 33324
Tel. (954) 474-8000
Fax:(954) 474-9850
Sweinberg@fewb.com