AO 399 (12/93)

# WAIVER OF SERVICE OF SUMMONS



FILED by _____ D.C.
DKTG
FEB 2 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

TO: __Brian D. Anderson, Counsel for Plaintiffs (Pro Hac Vice)__
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I acknowledge receipt of your request that I waive service of a summons in the action of __Fisher & Epstein v. Cambridge Day Schools, Inc., et ano__, which is case number __00-6120-CIV-ZLOCH__
(CAPTION OF ACTION) (DOCKET NUMBER)

in the United States District Court for the __Southern__ District of __Florida__. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after __February 3, 2000__
(DATE REQUEST WAS SENT)
or within 90 days after that date if the request was sent outside the United States.

__2/15/00__
(DATE)

_____ (SIGNATURE)

Printed/Typed Name: __Charles L. Solomont__

AS __authorized agent__ of __Cambridge Day School, Inc.__

**Duty to Avoid Unnecessary Costs of Service of Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons) and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

13

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA _____

LAWRENCE FISHER and
LESLEY EPSTEIN,

      Plaintiffs,

    V.

CAMBRIDGE DAYSCHOOLS, INC. and
CAMBRIDGE ACADEMIES, INC.,

      Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **00-6120 CIV-ZLOCH**

MAGISTRATE JUDGE
SELTZER

TO: (Name and address of defendant)

    CAMBRIDGE DAYSCHOOLS, INC.
    1770 Massachusetts Avenue, Suite 212
    Cambridge, Massachusetts 02140

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Robert T. Slatoff, Esquire
    FRANK, EFFMAN, WEINBERG, BLACK, P.A.
    8000 Peters Road
    Plantation, Florida 33324

an answer to the complaint which is herewith served upon you, within ___20___ days after service of s summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox
_____
CLERK

_/s/ Jordan_
(BY) DEPUTY CLERK

DATE: January 26, 2000