UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| LAWRENCE FISHER and LESLEY EPSTEIN, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CAMBRIDGE DAY SCHOOLS, INC. and ) <br> CAMBRIDGE ACADEMIES, INC., ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. <br> 00-6120-CIV-ZLOCH |

**DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO OPPOSE PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Local Rule 7.1(A)(1)(j), defendants Cambridge Day Schools, Inc. and Cambridge Academies, Inc. (collectively "CDS") hereby move this Court to extend the time within which CDS must file its memorandum of law in opposition to plaintiffs' Motion for Preliminary Injunction, as filed on February 24, 2000, until such time as outlined in CDS's Motion for Expedited Discovery or to Combine Plaintiffs' Motion for Preliminary Injunction with Trial on the Merits (the "Discovery Motion") or until a reasonable period after the Court rules on the Discovery Motion. As good cause therefor, CDS states the following:

1. CDS has filed the Discovery Motion herewith seeking only what limited, expedited discovery it requires to fully and fairly respond to Plaintiff's motion for preliminary injunction. The merits of the Discovery Motion are detailed in the memorandum in support filed therewith;

2. Until the Discovery Motion is decided, CDS remains obligated by Local Rule 7.1(C) to file an opposition to Plaintiffs' motion for preliminary junction by March

LITDOCS:338757.1

9, 2000. CDS will be prejudiced if it is required to file an opposition to Plaintiffs' motion for preliminary injunction before its motion for expedited discovery is decided, as CDS feels it lacks sufficient factual background to fully and fairly respond to Plaintiffs' motion;

3. By this motion, CDS simply seeks a sufficient extension of time to allow the Court to address the Discovery Motion, a ruling on which will clarify how the parties should then proceed.

WHEREFORE, CDS moves this Court to extend the time within which CDS must file a memorandum of law in opposition to Plaintiffs' motion for preliminary injunction to either (1) ten business days after expedited discovery is completed, or (2) should the Court deny the Discovery Motion, ten business days after such a ruling.

Respectfully submitted,

CAMBRIDGE DAY SCHOOLS, INC. and
CAMBRIDGE ACADEMIES, INC.,

By their attorneys,

_____
Joseph W. Bain, Florida Bar No. 860,360
QUARLES & BRADY LLP
222 Lakeview Avenue, 4th Floor
West Palm Beach, Florida 33401
(561) 653-5000

*Of Counsel:*
Charles L. Solomont
Joshua M. Dalton
BINGHAM DANA LLP
150 Federal Street
Boston, MA 02110
(617) 951-8000

Dated: March ___, 2000

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon Robert T. Slatoff, Esq., Frank, Effman, Weinberg, & Black, P.A., 7805 S.W. 6th Court, Plantation, Florida 33324 and Brian D. Anderson, Esq., Oblon, Spivak, McClelland, Maier & Neustadt, P.C., 1755 Jefferson Davis Highway, Arlington, Virginia 22202, attorneys of record for plaintiffs, by U.S. Mail and Federal Express on March 2, 2000

_____
Joseph W. Bain