UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| LAWRENCE FISHER and LESLEY EPSTEIN,<br><br>Plaintiffs,<br><br>v.<br><br>CAMBRIDGE DAY SCHOOLS, INC. and<br>CAMBRIDGE ACADEMIES, INC.,<br><br>Defendants. | CIVIL ACTION NO.<br>00-6120-CIV-ZLOCH |

## MOTION FOR EXPEDITED DISCOVERY OR TO COMBINE PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION WITH TRIAL ON THE MERITS

By this motion, defendants Cambridge Day Schools, Inc. and Cambridge Academies, Inc. (collectively "CDS") hereby move this Court to allow CDS to conduct limited, expedited discovery in the manner and form outlined below or, in the alternative, to conduct more fulsome discovery and then combine a hearing on Plaintiff's motion for preliminary injunction with a trial on the merits pursuant to Fed. R. Civ. P. 65(a)(2). Specifically, CDS requests it be allowed to conduct the following discovery and investigation:

1. CDS be immediately provided with the names, addresses, and telephone numbers, to the extent known, of each individual alleged to have expressed confusion regarding the Plaintiffs and CDS;

2. CDS be allowed to serve limited requests for the production of documents centering on Plaintiffs' use of CAMBRIDGE-related marks and any alleged confusion in the marketplace, as more fully outlined in CDS's memorandum in support of this motion, within ten days of the Court granting this motion;

LITDOCS:339334.1

3.  CDS be allowed to depose the individual or individuals (likely to be one or both of the Plaintiffs) most knowledgeable about how, when, and where Plaintiffs have used all CAMBRIDGE-related marks, and;

4.  CDS be allowed to interview or, if necessary, to depose each confusion witness identified by Plaintiffs. All depositions and interviews to be completed within six weeks of CDS's receipt of Plaintiffs' responsive documents.

CDS would propose that its opposition brief be due ten days after the above discovery is completed.

In the alternative, CDS would request that the parties engage in somewhat more fulsome discovery, followed by a combined hearing on preliminary injunction and trial on the merits.

In support of this motion, CDS relies on the Memorandum in Support of its Motion for Expedited Discovery or to Combine Plaintiffs' Motion for Preliminary Injunction with Trial on the Merits, filed herewith.

> Respectfully submitted,
>
> CAMBRIDGE DAY SCHOOLS, INC. and
> CAMBRIDGE ACADEMIES, INC.,
>
> By their attorneys,
>
> _____
> Joseph W. Bain, Florida Bar No. 860,360
> QUARLES & BRADY LLP
> 222 Lakeview Avenue, 4th Floor
> West Palm Beach, Florida 33401
> (561) 653-5000

*Of Counsel:*
Charles L. Solomont
Joshua M. Dalton
BINGHAM DANA LLP
150 Federal Street
Boston, MA 02110
(617) 951-8000

Dated: March 2nd, 2000

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon Robert T. Slatoff, Esq., Frank, Effman, Weinberg, & Black, P.A., 7805 S.W. 6th Court, Plantation, Florida 33324 and Brian D. Anderson, Esq., Oblon, Spivak, McClelland, Maier & Neustadt, P.C., 1755 Jefferson Davis Highway, Arlington, Virginia 22202, attorneys of record for plaintiffs, by U.S. Mail and Federal Express on March 1st, 2000

_____
Joseph W. Bain