IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

LAWRENCE FISHER and LESLEY EPSTEIN,
    Plaintiffs,

Case No.: # 00-6120-CIV-ZLOCH

vs.

CAMBRIDGE DAY SCHOOLS, INC., et al.,

    Defendants.

### PLAINTIFFS' REQUEST FOR HEARING ON MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Local Rule 7.1(B), Plaintiffs, through counsel, Request a Hearing on their Motion for Preliminary Injunction filed with this Court on February 25, 2000. The Hearing is desired and would be helpful to the Court for the following reasons:

To allow the Court to adequately address any issues it has as a result of any issues that may exist in the Court's mind not fully addressed by the motion, papers filed in support thereof, and in opposition thereof.

The estimated time for the Hearing is **½ hour** except if it is an evidentiary hearing - then ½ day is the estimated time.

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of this Notice has been furnished by mail to: CHARLES L. SOLOMONT, ESQ., as Authorized Agent for Cambridge Academies, Inc. and Cambridge Day School, Inc., 150 Federal Street, Boston, Massachusetts 02110 on this ___ day

Case No.: # 00-6120-CIV-ZLOCH

of March, 2000.

FRANK, EFFMAN, WEINBERG & BLACK, P.A.

By:_____
   Robert T. Slatoff (Fla. Bar # 816116)
   7805 S.W. 6th Court
   Plantation, Florida 33324
   Tel. (954) 474-8000
   Fax. (954) 474-9850
   E-mail: Rslatoff@fewb.com
ATTORNEYS FOR PLAINTIFFS
LAWRENCE FISHER and LESLEY EPSTEIN

Of Counsel:

| | |
|---|---|
| Brian D. Anderson (Fla. Bar # 0285811) | Steven A. Weinberg (Fla. Bar # 367508) |
| Jonathan Hudis | FRANK, EFFMAN, WEINBERG & BLACK, P.A. |
| OBLON, SPIVAK, McCLELLAND, | 7805 S. W. 6th Court |
| MAIER & NEUSTADT, P.C. | Plantation, Florida 33324 |
| 1755 Jefferson Davis Highway | Tel. (954) 474-8000 |
| Arlington, Virginia 22202 | Fax:(954) 474-9850 |
| Tel. (703) 413-3000 | Sweinberg@fewb.com |
| Fax. (703) 413-2220 | |
| E-mail: Banderson@oblon.com | |
|        Jhudis@oblon.com | |