UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6120-CIV-ZLOCH

LAWRENCE FISHER and LESLEY
EPSTEIN,

        Plaintiffs,

vs.

CAMBRIDGE DAY SCHOOLS, INC.,
and CAMBRIDGE ACADEMIES, INC.,

        Defendants.

_____/



**O R D E R**

FILED by _____ D.C.

MAR 0 6 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

THIS MATTER is before the Court upon the Defendants, Cambridge Day Schools, Inc. and Cambridge Academies, Inc.'s Motion For An Extension Of Time To Oppose Plaintiffs' Motion For Preliminary Injunction (DE 15). The Court having carefully reviewed said Motion and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Defendant, Cambridge Day Schools, Inc. and Cambridge Academies, Inc.'s Motion For An Extension Of Time To Oppose Plaintiff's Motion For Preliminary Injunction (DE 15) be and the same is hereby **GRANTED** in part and **DENIED** in part as follows:

1. The Defendants shall have up to and including the date that the Court specifies in its Order on the Defendants' Motion For Expedited Discovery Or To Combine Plaintiff's Motion For Preliminary Injunction With Trial On The Merits (DE 16), which date will be at least five (5) days after the Court enters its Order on the Defendants' aforementioned Motion For Expedited Discovery (DE 16), within which to file a Response to the Plaintiffs' Motion For



20

Preliminary Injunction (DE 8);

2.    On of before <u>March 9, 2000</u>, the Plaintiffs shall file a Response to the Defendants' aforementioned Motion For Expedited Discovery Or To Combine Motion For Preliminary Injunction With Trial On The Merits (DE 16); and

3.    In all other respects, the Defendants' aforementioned Motion For Extension Of Time (DE 15) be and the same is hereby **DENIED.**

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of March, 2000.


WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

Robert T. Slatoff, Esq.
Brian D. Anderson, Esq.
For Plaintiffs

Joseph W. Bain, Esq.
Charles L. Solomont, Esq.
Joshua M. Dalton, Esq.
For Defendants