UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6120-CIV-ZLOCH

LAWRENCE FISHER and LESLEY
EPSTEIN,

        Plaintiffs,

vs.

CAMBRIDGE DAY SCHOOLS, INC.
and CAMBRIDGE ACADEMIES, INC.,

        Defendants.
_____/



**ORDER SETTING**
**EVIDENTIARY HEARING**

    THIS MATTER is before the Court upon the Plaintiffs, Lawrence Fisher and Lesley Epstein's Motion For Preliminary Injunction (DE 8), the Defendants, Cambridge Day Schools, Inc. and Cambridge Academies, Inc.'s Motion For Expedited Discovery Or To Combine Plaintiffs' Motion For Preliminary Injunction With Trial On The Merits (DE 16), and the Plaintiffs' Request For Hearing On Motion For Preliminary Injunction (DE 19). The Court having carefully considered the merits of said Motions and Request and being otherwise fully advised in the premises, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    The Plaintiffs, Lawrence Fisher and Lesley Epstein's Request For Hearing On Motion For Preliminary Injunction (DE 19) be and the same is hereby **GRANTED**, and the Plaintiffs' aforementioned Motion For Preliminary Injunction (DE 8) is hereby set for an evidentiary hearing before this Court on <u>Thursday, April 6, 2000</u>, at <u>2:00 p.m.</u>, before the Honorable William J. Zloch, in Courtroom

A, United States Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida. Each side shall have one hour to present its testimony and other evidence in support of and in opposition to said Motion.

2. The Defendants, Cambridge Day Schools, Inc. and Cambridge Academies, Inc.'s Motion For Expedited Discovery Or To Combine Plaintiff's Motion For Preliminary Injunction With Trial On The Merits (DE 16) be and the same is hereby **GRANTED** in part and **DENIED** in part as follows:

a. The Defendants aforementioned Motion For Expedited Discovery is hereby **GRANTED** to the extent that the Defendants shall have up to and including <u>Monday, March 27, 2000</u> within which to conduct the expedited discovery requested in their aforementioned Motion (DE 16);

b. The Defendants' Motion To Combine Plaintiffs' Motion For Preliminary Injunction With Trial On The Merits is hereby **DENIED**; and

c. In all other respects, the Defendants' aforementioned Motion (DE 16) is hereby **DENIED**.

3. The Defendants shall have up to and including <u>Monday, March 27, 2000</u> within which to file with the Clerk of this Court a Response to the Plaintiffs' Motion For Preliminary Injunction (DE 8).

4. The Plaintiffs shall have up to and including <u>Noon,</u>

2

<u>Tuesday, April 4, 2000</u> within which to file with the Clerk of this Court a Reply to the Defendants' Response to the Plaintiffs' Motion For Preliminary Injunction.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___16ᵗʰ___ day of March, 2000.


WILLIAM J. ZLOCH
United States District Judge


Copies furnished:

Robert Slatoff, Esq.
Brian Anderson, Esq.
Jonathan Hudis, Esq.
For Plaintiffs

Charles Solomont, Esq.
Joseph W. Bain, Esq.
For Defendants

3