IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| LAWRENCE FISHER and LESLEY EPSTEIN, | ) |
| | ) Case No.: 00-6120-CIV-ZLOCH |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| CAMBRIDGE Day Schools, Inc. and | ) |
| CAMBRIDGE Academies, Inc., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF DEPOSITION
OF DEFENDANT CAMBRIDGE DAY SCHOOLS, INC.**

PLEASE TAKE NOTICE THAT pursuant to Rule 30(b)(6), Fed.R.Civ.P., and Local Rule 26.1(J), commencing at 9:00 a.m. on the 22nd day of March, 2000, Plaintiffs, Lawrence Fisher and Lesley Epstein, through their counsel, will take the deposition(s) of Defendant, Cambridge Day Schools, Inc., before a notary public by and through an officer, director, managing agent, or other person(s) who consent to testify on Defendant's behalf as having the most knowledge or information, whether or not such constitutes personal knowledge, of the following:

1. Defendant's knowledge of Plaintiffs' operation of children's educational facilities in South Florida under marks or names using the term CAMBRIDGE at the time Defendant adopted the name CAMBRIDGE Day Schools, Inc. as the name of its business.

2. Those principals and/or employees of Defendant who have been involved in the operation of charter schools within the City of Pembroke Pines, Florida, and elsewhere in South Florida.



3. Defendant's knowledge of reported instances of actual confusion between Plaintiffs' operation of children's educational facilities under marks or names using the term CAMBRIDGE and Defendant's advertising and promotion of childrens' educational facilities under the name CAMBRIDGE Day Schools, Inc.

4. The number of students who have been enrolled for the Fall term or semester to attend a school operated by Defendant CAMBRIDGE Day Schools, Inc.

5. The nature of the services rendered, and the goods distributed and/or sold, by Defendant under the name CAMBRIDGE Day Schools, Inc.

6. The reason for Defendant opening its first schools in the locations chosen within South Florida.

7. The basis for Defendant's contention that the business name CAMBRIDGE Day Schools, Inc., by its use of the terms "Day Schools", can be distinguished from Plaintiffs' educational facilities for children which use the term CAMBRIDGE in their names.

The deposition(s) will be taken at the offices of FRANK, EFFMAN, WEINBERG & BLACK, P.A., 7805 S.W. 6th Court, Plantation, Florida 33324.

CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of this Notice has been furnished by Federal Express and Facsimile to: CHARLES L. SOLOMONT, ESQ., Bingham, Dana LLP, 150 Federal Street, Boston, Massachusetts 02110-1726 [Fax 617-951-8736] and to JOSEPH W. BAIN, ESQ., Quarles & Brady LLP, 222 Lakeview Avenue, 4th Floor, West Palm Beach, Florida 33401

[Fax 561-653-5333] - Attorneys for Defendants, on this 14th day of March, 2000.

                                        Respectfully submitted,

                                        FRANK, EFFMAN, WEINBERG
                                          &amp; BLACK, P.A.

By:    _____
                                        Robert T. Slatoff (Fla. Bar # 816116)
                                        7805 S.W. 6th Court
                                        Plantation, Florida 33324
                                        Tel. (954) 474-8000
                                        Fax. (954) 474-9850
                                        E-mail: Rslatoff@fewb.com

                                        ATTORNEYS FOR PLAINTIFFS
                                        LAWRENCE FISHER and LESLEY EPSTEIN

Of Counsel:

| | |
|---|---|
| Brian D. Anderson (Fla. Bar # 0285811) | Steven A. Weinberg (Fla. Bar # 367508) |
| Jonathan Hudis | FRANK, EFFMAN, WEINBERG, |
| OBLON, SPIVAK, McCLELLAND, |   & BLACK, P.A. |
|  MAIER & NEUSTADT, P.C. | 7805 S.W. 6th Court |
| 1755 Jefferson Davis Highway | Plantation, Florida 33324 |
| Arlington, Virginia 22202 | Tel. (954) 474-8000 |
| Tel. (703) 413-3000 | Fax. (954) 474-9850 |
| Fax. (703) 413-2220 | E-mail: Sweinberg@fewb.com |
| E-mail: Banderson@oblon.com | |
|         Jhudis@oblon.com | |

H:\FEWB\C\Cambridge Learning Ctr\5531 012 Infringement Action Against Cambridge Academy\Lawsuit\notice of deposition day school.wp