UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Ft. Lauderdale Division

LAWRENECE FISHER AND )
LESLEY EPSTEIN, )
)
Plaintiff, )
) CASE NO. 00-6120-CIV-ZLOCH
vs. )
)
CAMBRIDGE DAY SCHOOLS, INC. )
and CAMBRIDGE ACADEMIES, INC., )
)
Defendants. )
_____/

### DEFENDANTS' MOTION TO ADMIT CHARLES L. SOLOMONT AND JOSHUA M. DALTON PRO HAC VICE

Applicants, Charles L. Solomont and Joshua M. Dalton, pursuant to Rule 4 of the Special Rules Governing the Admission and Practice of Attorneys, contained within the Rules of the District Court for the Southern District of Florida, request this Court to permit Charles L. Solomont and Joshua M. Dalton, of Bingham Dana LLP, to appear pro hac vice in this case, on behalf of Defendants, CAMBRIDGE DAY SCHOOLS, INC., ET AL and CAMBRIDGE ACADEMIES, INC.

### MEMORANDUM OF LAW

1. Charles L. Solomont was admitted to practice law in the Commonwealth of Massachusetts in 1990 and is a member in good standing.

2. Joshua M. Dalton was admitted to practice law in the Commonwealth of Massachusetts in 1997 and is a member in good standing.

QBWPB1  \56170

3. Rule 4(B) of the Special Rules Governing The Admission And Practice Of Attorneys states that:

> Any attorney who is a member in good standing of the bar of any United States Court ... but is not admitted to practice in the Southern District of Florida may, upon written application, be permitted to appear and participate in a particular case.

4. Rule 4(B) further provides that a certification of the applicant stating that applicant has studied the local rules must be submitted. The certifications of Charles L. Solomont and Joshua M. Dalton are attached hereto as Exhibit "A" in accordance with Rule 4(B).

5. Rule 4(B) further provides that the application for admission shall designate a member of the trial bar of the Court who maintains an office in the District for the practice of law with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, and upon whom papers shall be served.

6. Joseph W. Bain, Defendants' attorney of record in the above-captioned matter, is a member of the trial bar of the United States District Court of the Southern District of Florida. He maintains an office in the Southern District for the practice of law. The Court and opposing counsel may readily communicate with Mr. Bain regarding the conduct of the case, and may serve papers regarding the case upon Mr. Bain. Attached hereto as Exhibit "B" is the written statement of Mr. Bain consenting to the designation, together with his address and telephone number, pursuant to Rule 4(B).

Defendants' counsel, Joseph W. Bain, encloses herewith a check in the amount of $150.00 for admission fees associated with this motion.

WHEREFORE, based upon the foregoing, CAMBRIDGE DAY SCHOOLS, INC. ET AL. and CAMBRIDGE ACADEMIES, INC. respectfully request this Court to permit Charles L. Solomont and Joshua M. Dalton to be admitted to practice before the court in this pending case, <u>pro hac vice</u>.

                                                Joseph W. Bain
                                                Florida Bar No. 860,360
                                                QUARLES & BRADY
                                                222 Lakeview Avenue, 4th Floor
                                                P.O. Box 3188
                                                West Palm Beach, FL 33402-3188
                                                Tel: 561-653-5000
                                                Fax: 561-653-5333

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of March, 2000, a true and correct copy of the foregoing has been served, via U.S. Mail, postage prepaid, to: Robert T. Slatoff, Esq., Frank, Effman, Weinberg, Black, P.A., 7805 S.W. 6th Court, Plantation, Florida 33324 and Brian D. Anderson, Esq. Oblon, Spivak, McClelland, Maier & Neustadt, P.C., 1755 Jefferson Davis Highway, Arlington, Virginia 22202.

                                                Joseph W. Bain

## EXHIBIT A

    I HEREBY CERTIFY that I was admitted to practice law in the Commonwealth of Massachusetts in 1990 and am a member in good standing. I have studied the local rules of the United States District Court for the Southern District of Florida.

_____
Charles L. Solomont, Esq.
Massachusetts Bar No. 557190
Bingham Dana LLP
150 Federal Street
Boston, Massachusetts 02110-1726
(617) 951-8000


    I HEREBY CERTIFY that I was admitted to practice law in the Commonwealth of Massachusetts in 1997 and am a member in good standing. I have studied the local rules of the United States District Court for the Southern District of Florida.

_____
Joshua M. Dalton, Esq.
Massachusetts Bar No. 636402
Bingham Dana LLP
150 Federal Street
Boston, Massachusetts 02110-1726
(617) 951-8000

QBWPB1   \56170.

## EXHIBIT B

I, Joseph W. Bain, hereby consent to the designation set forth in Defendants' Motion to Admit Charles L. Solomon and Joshua M. Dalton <u>Pro Hac Vice</u> to the United States Court - Southern District of Florida, in Case No. 00-6120-CIV-ZLOCH.

_____
Joseph W. Bain
Florida Bar No. 860,360
QUARLES & BRADY LLP
222 Lakeview Avenue
West Palm Beach, FL 33401
Tele: (561) 653-5000
Fax: (561) 653-5333

QBWPB1   \56170.