UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6120-CIV-ZLOCH

LAWRENCE FISHER and
LESLEY EPSTEIN,

    Plaintiffs,

vs.

CAMBRIDGE DAY SCHOOLS, INC.
and CAMBRIDGE ACADEMIES, INC.,

    Defendants.
_____/

O R D E R

FILED by _____ D.C.
MAR 21 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

THIS MATTER is before the Court upon the Defendants' Motion To Admit Charles L. Solomont and Joshua M. Dalton *Pro Hac Vice* (DE 25). The Court has carefully reviewed said Motion and after due consideration, it is

**ORDERED AND ADJUDGED** that the Defendants' aforementioned Motion To Admit *Pro Hac Vice* (DE 25) be and the same is hereby **GRANTED**, and Charles L. Solomont, Esquire and Joshua M. Dalton, Esquire, are hereby granted leave to appear in the above-styled cause on behalf of the Defendants herein.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 21st day of March, 2000.

                                    WILLIAM J. ZLOCH
                                    United States District Judge

Copies furnished:
    Robert T. Slatoff, Esq.
    Brian D. Anderson, Esq.
    Joseph W. Bain, Esq.

