IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

FORT LAUDERDALE DIVISION

LAWRENCE FISHER and LESLEY EPSTEIN,
        Plaintiffs,

Case No.: # 00-6120-CIV-ZLOCH

vs.

CAMBRIDGE Day Schools, Inc. and
CAMBRIDGE Academies, Inc.,

        Defendants.

---

## NOTICE OF FILING STIPULATION FOR SETTLEMENT AND ENTRY OF JUDGMENT

Plaintiffs and Defendants, through their respective counsel, give notice of the filing with the Clerk of the Court the following documents:

STIPULATION FOR SETTLEMENT AND ENTRY OF JUDGMENT. Plaintiffs' original signature page is attached. Defendants' original signature page will be filed with the Clerk of the Court upon Plaintiffs' counsel's receipt; a fax copy of Defendants' signature page is attached.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of this Notice has been furnished by mail on this 27th day of March, 2000 to: Brian D. Anderson, Esq. and Jonathan Hudis, Esq., Oblon, Spivak, McClelland, Maier & Neustadt, P.C., 755 Jefferson Davis Highway, Arlington, VA 22202; Charles L. Solomont, Esq. and Joshua M. Dalton, Esq., Bingham Dana LLP, 1770 Massachusetts Avenue, Suite 212, Cambridge, Massachusetts 02140; and Joseph W. Bain, Esq., Quarles & Brady

Case No.: # 00-6120-CIV-ZLOCH

LLP, 222 Lakeview Avenue, 4th Floor, West Palm Beach, Florida 33401.

FRANK, EFFMAN, WEINBERG & BLACK, P.A.

By: _____
Robert T. Slatoff (Fla. Bar # 816116)
7805 S. W. 6th Court
Plantation, Florida 33324
Tel. (954) 474-8000
Fax. (954) 474-9850
E-mail: Rslatoff@fewb.com
ATTORNEYS FOR PLAINTIFFS
LAWRENCE FISHER and LESLEY EPSTEIN

Of Counsel:
Brian D. Anderson (Fla. Bar # 0285811)
Jonathan Hudis
OBLON, SPIVAK, McCLELLAND,
 MAIER & NEUSTADT, P.C.
1755 Jefferson Davis Highway
Arlington, Virginia 22202
Tel. (703) 413-3000
Fax. (703) 413-2220
E-mail: Banderson@oblon.com
        Jhudis@oblon.com

Steven A. Weinberg (Fla. Bar # 367508)
FRANK, EFFMAN, WEINBERG & BLACK, P.A.
8000 Peters Road
Plantation, Florida 33324
Tel. (954) 474-8000
Fax:(954) 474-9850
Sweinberg@fewb.com