IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

FORT LAUDERDALE DIVISION

LAWRENCE FISHER and LESLEY EPSTEIN,
    Plaintiffs,

vs.

CAMBRIDGE Day Schools, Inc. and
CAMBRIDGE Academies, Inc.,

    Defendants.

Case No.: # 00-6120-CIV-ZLOCH

## NOTICE OF FILING EXHIBIT "A" TO STIPULATION FOR SETTLEMENT AND ENTRY OF JUDGMENT

Plaintiffs and Defendants, through their respective counsel, give notice of the filing with the Clerk of the Court the following documents:

EXHIBIT "A" TO STIPULATION FOR SETTLEMENT AND ENTRY OF JUDGMENT.

The original and one copy of the Stipulation for Settlement and Entry of Judgment were filed with the Clerk of the Court on March 27, 2000.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of this Notice has been furnished by mail on this 28th day of March, 2000 to: Brian D. Anderson, Esq. and Jonathan Hudis, Esq., Oblon, Spivak, McClelland, Maier & Neustadt, P.C., 755 Jefferson Davis Highway, Arlington, VA 22202; Charles L. Solomont, Esq. and Joshua M. Dalton, Esq., Bingham Dana LLP, 1770 Massachusetts Avenue, Suite 212, Cambridge, Massachusetts 02140; and Joseph W. Bain, Esq., Quarles & Brady

Case No.: # 00-6120-CIV-ZLOCH

LLP, 222 Lakeview Avenue, 4th Floor, West Palm Beach, Florida 33401.

                    FRANK, EFFMAN, WEINBERG & BLACK, P.A.

By:_____
    Robert T. Slatoff (Fla. Bar # 816116)
    7805 S. W. 6th Court
    Plantation, Florida 33324
    Tel. (954) 474-8000
    Fax. (954) 474-9850
    E-mail: Rslatoff@fewb.com
ATTORNEYS FOR PLAINTIFFS
LAWRENCE FISHER and LESLEY EPSTEIN

Of Counsel:

| | |
|---|---|
| Brian D. Anderson (Fla. Bar # 0285811) | Steven A. Weinberg (Fla. Bar # 367508) |
| Jonathan Hudis | FRANK, EFFMAN, WEINBERG & BLACK, P.A. |
| OBLON, SPIVAK, McCLELLAND, | 8000 Peters Road |
|  MAIER & NEUSTADT, P.C. | Plantation, Florida 33324 |
| 1755 Jefferson Davis Highway | Tel. (954) 474-8000 |
| Arlington, Virginia 22202 | Fax:(954) 474-9850 |
| Tel. (703) 413-3000 | Sweinberg@fewb.com |
| Fax. (703) 413-2220 | |
| E-mail: Banderson@oblon.com | |
|        Jhudis@oblon.com | |

Please take a few moments to complete this Registrant Name Change Agreement Survey. The survey will take less than five minutes to complete, but will greatly help us develop forms and procedures that improve your overall experience with Network Solutions.

# REGISTRANT NAME CHANGE AGREEMENT SURVEY

Please tell us a little bit about yourself.

Your Name

Your Domain Name

Your Email Address

[ ] I am affiliated with an ISP, and completed the Registrant Name Change Agreement on behalf of my customer.
[ ] I am affiliated with a Web Hosting company, and completed the Registrant Name Change Agreement on behalf o my customer.
[ ] I am affiliated with the Registrant, and completed the Registrant Name Change Agreement on behalf of my own organization.
[ ] I completed the Registrant Name Change Agreement on line.
[ ] I downloaded the Registrant Name Change Agreement and completed it manually.

To correct/change my domain name registration record, I used the:
[ ] Registrant Name Change Agreement – Misspelling
[ ] Registrant Name Change Agreement – Organizational Identifier
[ ] Registrant Name Change Agreement – Legal Name Change
[ ] Registrant Name Change Agreement – Transfer

Please indicate your agreement with each of the following statements.

The Registrant Name Change Agreement forms were easy to locate.
[ ]Strongly agree [ ] Agree [ ] Disagree[ ]Strongly disagree[ ]Not applicable

I feel that Version 3.0 is an improvement over previous versions of the Registrant Name Change Agreeme
[ ]Strongly agree [ ] Agree [ ] Disagree[ ]Strongly disagree[ ]Not applicable

I was able to easily identify which form I needed to use based on information within and about the Regi Name Change Agreement.
[ ]Strongly agree [ ] Agree [ ] Disagree[ ]Strongly disagree[ ]Not applicable

I found the Registrant Name Change Agreement forms and the on-line process to be intuitive, logical and to understand.
[ ]Strongly agree [ ] Agree [ ] Disagree[ ]Strongly disagree[ ]Not applicable

I did not need to phone Network Solutions for assistance in selecting or completing a Registrant Name C Agreement form.
[ ]Strongly agree [ ] Agree [ ] Disagree[ ]Strongly disagree[ ]Not applicable


EXHIBIT "A"

**I feel that in the future, I will be able to accurately complete the Registrant Name Change Agreement be my current experience.**
[ ]Strongly agree [ ] Agree [ ] Disagree[ ]Strongly disagree[ ]Not applicable

**Using information within and about the Registrant Name Change Agreement, I understood what the NIC tracking number was, how to get one and where to put it on the Registrant Name Change Agreement – Transfer form.**
[ ]Strongly agree [ ] Agree [ ] Disagree[ ]Strongly disagree[ ]Not applicable

**I read the Frequently Asked Questions prior to completing the Registrant Name Change Agreement.**
[ ]Strongly agree [ ] Agree [ ] Disagree[ ]Strongly disagree[ ]Not applicable

**I thought the answers to the Frequently Asked Questions were clear and thorough.**
[ ]Strongly agree [ ] Agree [ ] Disagree[ ]Strongly disagree[ ]Not applicable

**Please use the space below to give us your comments and feedback about the Registrant Name Change Agreement process and forms.**

## Thank You

Thank you for taking the time to complete this survey. Network Solutions is committed to providing the best possible service to its customers. An integral part of this promise is identifying areas where our service is strong and focusing on improvement opportunities. We look forward to implementing your comments in future versions of the Registran Name Change Agreement.

Please mail or fax this survey to:

Network Solutions, Inc.
505 Huntmar Park Drive
Herndon, VA 20170-5139
Attention: Registrant Change Group

(703) 742-6950