UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6120-CIV-ZLOCH

FILED by _____ D.C.

MAR 29 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

LAWRENCE FISHER and LESLEY EPSTEIN,

    Plaintiffs,

vs.

CAMBRIDGE DAY SCHOOLS, INC. and CAMBRIDGE ACADEMIES, INC.,

    Defendants.
_____/

**STIPULATED FINAL JUDGMENT AND PERMANENT INJUNCTION**

THIS MATTER is before the Court upon the Plaintiffs, Lawrence Fisher and Lesley Epstein, and the Defendants, Cambridge Day Schools, Inc. and Cambridge Academies, Inc.'s Stipulation For Settlement And Entry Of Judgment, bearing file stamp of the Clerk of this Court dated March 27, 2000. The Court having carefully considered the merits of said Stipulation and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** as follows:

1. Final Judgment is hereby entered in favor of the Plaintiffs, Lawrence Fisher and Lesley Epstein, and against the Defendants, Cambridge Day Schools, Inc. and Cambridge Academies, Inc. as follows: Effective 8:00 a.m. on May 3, 2000, Defendants, Cambridge Day Schools, Inc. and Cambridge Academies, Inc., as well as their officers, directors, agents, servants, employees, attorneys, successors, assigns, members, and all persons in concert or participation with them, are permanently enjoined and restrained pursuant to 15 U.S.C. § 1116 from use in connection with any education related products or services of any trade names, service marks, or trademarks featuring the word "CAMBRIDGE" or any other

form of colorable imitation or alteration of Plaintiffs' CAMBRIDGE Marks (as that term is defined in Paragraph 3 below).

2. Defendants CDS shall transfer (in the form of Exhibit "A" attached hereto, the Registrant Name Change Agreement of Network Solutions, Inc.) the domain names <www.cambridgeacademies.com>, <www.cambridgedayschools.com> <www.cambridgecharterschool.com>, <www.cambridgedayschool.org>, <www.cambridgedayschool.net>, <www.cambridgedayschool.com>, <www.cambridgecharter.com>, <www.cambridgecharters.com>, <www.cambridgecharterschool.org>, <www.cambridgecharterschool.net>, <www.cambridgedayacademy.com>, <www.thecambridgedayschool.com>, and <www.thecambridgeschool.com> to Epstein and Fisher on or before May 3, 2000 at 8:00 a.m.

3. Defendants CDS stipulate and agree to the Plaintiffs' lawful ownership of as well as the validity and incontestability of U.S. Trademark Registration No. 1,683,354 for the mark CAMBRIDGE LEARNING CENTRE for children's educational services. Defendants also stipulate and agree that Plaintiffs' marks CAMBRIDGE LEARNING CENTRE, CAMBRIDGE ACADEMY, CAMBRIDGE AT WESTON, CAMBRIDGE AT PEMBROKE PINES, CAMBRIDGE OF SUNRISE, CAMBRIDGE OF CORAL SPRINGS, CAMBRIDGE PRESCHOOL, CAMBRIDGE KIDS, I'M A CAMBRIDGE KID, CAMBRIDGE SCHOOL, CAMBRIDGE SCHOOLS, THE CAMBRIDGE SCHOOL, CAMP CAMBRIDGE, CAMBRIDGE ACADEMIC REMEDIATION AND ENRICHMENT are valid and enforceable marks in connection with education-related products and services (the "CAMBRIDGE Marks").

4. In addition, the Stipulation for Settlement and Entry of Judgment ("Stipulation for Settlement") entered into between the parties is

hereby approved, adopted, and ratified by the Court, and the parties are directed to abide by its terms, as well as the terms of the Confidential Settlement Agreement referenced in the Stipulation for Settlement.

5. This Court hereby retains jurisdiction solely for the purpose of enforcing the terms of both the Stipulation for Settlement and the Confidential Settlement Agreement in all respects, as well as this Judgment.

6. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _29th_ day of March, 2000.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

Robert Slatoff, Esq.
Brian Anderson, Esq.
Jonathan Hudis, Esq.
For Plaintiffs

Charles Solomont, Esq.
Joseph W. Bain, Esq.
For Defendants

Please take a few moments to complete this Registrant Name Change Agreement Survey. The survey will take less than five minutes to complete, but will greatly help us develop forms and procedures that improve your overall experience with Network Solutions.

## REGISTRANT NAME CHANGE AGREEMENT SURVEY

Please tell us a little bit about yourself.

Your Name ☐

Your Domain Name ☐

Your Email Address ☐

[ ] I am affiliated with an ISP, and completed the Registrant Name Change Agreement on behalf of my customer.
[ ] I am affiliated with a Web Hosting company, and completed the Registrant Name Change Agreement on behalf o my customer.
[ ] I am affiliated with the Registrant, and completed the Registrant Name Change Agreement on behalf of my own organization.
[ ] I completed the Registrant Name Change Agreement on line.
[ ] I downloaded the Registrant Name Change Agreement and completed it manually.

To correct/change my domain name registration record, I used the:
[ ] Registrant Name Change Agreement – Misspelling
[ ] Registrant Name Change Agreement – Organizational Identifier
[ ] Registrant Name Change Agreement – Legal Name Change
[ ] Registrant Name Change Agreement – Transfer

Please indicate your agreement with each of the following statements.

The Registrant Name Change Agreement forms were easy to locate.
[ ] Strongly agree [ ] Agree [ ] Disagree [ ] Strongly disagree [ ] Not applicable

I feel that Version 3.0 is an improvement over previous versions of the Registrant Name Change Agreeme
[ ] Strongly agree [ ] Agree [ ] Disagree [ ] Strongly disagree [ ] Not applicable

I was able to easily identify which form I needed to use based on information within and about the Regi Name Change Agreement.
[ ] Strongly agree [ ] Agree [ ] Disagree [ ] Strongly disagree [ ] Not applicable

I found the Registrant Name Change Agreement forms and the on-line process to be intuitive, logical and to understand.
[ ] Strongly agree [ ] Agree [ ] Disagree [ ] Strongly disagree [ ] Not applicable

I did not need to phone Network Solutions for assistance in selecting or completing a Registrant Name C Agreement form.
[ ] Strongly agree [ ] Agree [ ] Disagree [ ] Strongly disagree [ ] Not applicable


EXHIBIT "A"

I feel that in the future, I will be able to accurately complete the Registrant Name Change Agreement be my current experience.
[ ]Strongly agree [ ] Agree [ ] Disagree[ ]Strongly disagree[ ]Not applicable

Using information within and about the Registrant Name Change Agreement, I understood what the NIC tracking number was, how to get one and where to put it on the Registrant Name Change Agreement – Transfer form.
[ ]Strongly agree [ ] Agree [ ] Disagree[ ]Strongly disagree[ ]Not applicable

I read the Frequently Asked Questions prior to completing the Registrant Name Change Agreement.
[ ]Strongly agree [ ] Agree [ ] Disagree[ ]Strongly disagree[ ]Not applicable

I thought the answers to the Frequently Asked Questions were clear and thorough.
[ ]Strongly agree [ ] Agree [ ] Disagree[ ]Strongly disagree[ ]Not applicable


Please use the space below to give us your comments and feedback about the Registrant Name Change Agreement process and forms.

### Thank You

Thank you for taking the time to complete this survey. Network Solutions is committed to providing the best possible service to its customers. An integral part of this promise is identifying areas where our service is strong and focusing on improvement opportunities. We look forward to implementing your comments in future versions of the Registran Name Change Agreement.

Please mail or fax this survey to:

Network Solutions, Inc.
505 Huntmar Park Drive
Herndon, VA 20170-5139
Attention: Registrant Change Group

(703) 742-6950