**NON-COMPLIANCE OF S.D. fla. L.R.** _5.1 A_

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| LAWRENCE FISHER and LESLEY EPSTEIN,<br><br>Plaintiffs,<br><br>v.<br><br>CAMBRIDGE DAY SCHOOLS, INC. and<br>CAMBRIDGE ACADEMIES, INC.,<br><br>Defendants. | CIVIL ACTION NO.<br>00-6120-CIV-ZLOCH |

**STIPULATION FOR SETTLEMENT AND ENTRY OF JUDGMENT**

IT IS HEREBY stipulated and agreed by and between Plaintiffs, Lawrence Fisher and Lesley Epstein (collectively known as "Plaintiffs"), and Defendants, Cambridge Day Schools, Inc. and Cambridge Academies, Inc. (collectively known as "Defendants"), that the parties agree to the terms of this Stipulation for Settlement and Entry of Judgment ("Stipulation for Settlement"), and consent to an Order Ratifying the terms herein and consent to the entry of a Judgment in the form of the Stipulated Judgment Enjoining Use of Cambridge Name and Order Ratifying Stipulation ("Judgment and Order") filed herewith. The terms of this Stipulation for Settlement are as follows:

A.  Defendants stipulate and agree that Plaintiffs' marks CAMBRIDGE LEARNING CENTRE, CAMBRIDGE ACADEMY,



CAMBRIDGE AT WESTON, CAMBRIDGE AT PEMBROKE PINES, CAMBRIDGE OF SUNRISE, CAMBRIDGE OF CORAL SPRINGS, CAMBRIDGE PRESCHOOL, CAMBRIDGE KIDS, CAMBRIDGE SCHOOL, CAMBRIDGE SCHOOLS, THE CAMBRIDGE SCHOOL, CAMP CAMBRIDGE, and CAMBRIDGE ACADEMIC REMEDIATION AND ENRICHMENT, are valid and enforceable marks as used to offer education-related products and services (the "CAMBRIDGE Marks").

B. Effective 8:00 a.m. on May 3, 2000, Defendants, Cambridge Day Schools, Inc. and Cambridge Academies, Inc., as well as their officers, directors, agents, servants, employees, attorneys, successors, assigns, members, and all persons in concert or participation with them, are permanently enjoined and restrained pursuant to 15 U.S.C. § 1116 from use in connection with any education-related products or services of any trade names, service marks, or trademarks featuring the word "CAMBRIDGE" or any other form of colorable imitation or alteration of Plaintiffs' CAMBRIDGE Marks.

C. Defendants shall transfer (in the form of Exhibit "A" attached hereto, the Registrant Name Change Agreement of Network Solutions, Inc.) the following domain names; <www.cambridgeacademies.com>, <www.cambridgedayschools.com> <www.cambridgecharterschool.com>, <www.cambridgedayschool.org>, <www.cambridgedayschool.net>, <www.cambridgedayschool.com>, <www.cambridgecharter.com>, <www.cambridgecharters.com>, <www.cambridgecharterschool.org>,

<www.cambridgecharterschool.net>, <www.cambridgedayacademy.com>, <www.thecambridgedayschool.com>, and <www.thecambridgeschool.com> to Epstein and Fisher on or before May 3, 2000 at 8:00 a.m.

D. In addition to the above, the parties have also entered into a Confidential Settlement Agreement which terms have not been filed with the Court, and which terms the parties shall retain in confidence except as set forth below. The parties consent and request this Court retain jurisdiction to enforce the terms of this Stipulation for Settlement, the Judgment and Order, and the Confidential Settlement Agreement. In any proceeding to enforce this Stipulation for Settlement, the Judgment and Order, or the Confidential Settlement Agreement, any party may file under seal the Confidential Settlement Agreement with the Court to enforce its terms.

E. The parties agree and request that the Court enter the attached Judgment and Order ratifying the terms of this Stipulation for Settlement and retain jurisdiction to enforce the terms of this Stipulation for Settlement and the Confidential Settlement Agreement. The Judgment and Order shall be of record and be in full force and effect.

F. With the entry of the Judgment and Order, the captioned action is terminated without prejudice, with the Court retaining jurisdiction to enforce the terms of this Stipulation for Settlement, the Judgement and Order, and the Confidential Settlement Agreement.

Respectfully submitted,

| CAMBRIDGE DAY SCHOOLS, INC. and CAMBRIDGE ACADEMIES, INC., | LAWRENCE FISHER and LESLEY EPSTEIN |
|---|---|

By: _/s/ Joseph W. Bain_
Joseph W. Bain
Florida Bar No. 860360
**QUARLES & BRADY LLP**
222 Lakeview Avenue, 4th Floor
West Palm Beach, Florida 33401
(561) 653-5000

Dated: March ___, 2000

*Of Counsel:*
Charles L. Solomont
Joshua M. Dalton
**BINGHAM DANA LLP**
150 Federal Street
Boston, MA 02110
(617) 951-8000

Dated: March ___, 2000

By: _____
Robert T. Slatoff
Florida Bar No. 816116
**FRANK, EFFMAN, WEINBERG, BLACK, P.A.**
7805 S. W. 6th Court
Plantation, Florida
(954) 474-8000

Dated: March ___, 2000

*Of Counsel:*
Brian D. Anderson
Jonathan Hudis
**OBLON, SPIVAK, MCCLELLAND, MAIER & NEUSTADT, P.C.**
Fourth Floor
1755 Jefferson Davis Highway
Arlington, VA 22202
(703) 413-3000

Dated: March ___, 2000

CAMBRIDGE DAY SCHOOLS, INC.

By: _/s/ John Kim_
Dated: 3-27-00

LAWRENCE FISHER

By: _____
Dated:

CAMBRIDGE ACADEMIES, INC.

By: _/s/ John Kim_
Dated: 3-27-00

LESLEY EPSTEIN

_____
Dated:

I:\atty\JH\cambridge\stip-settle.doc