NON-COMPLIANCE OF S.D. Fla. L.R.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

FORT LAUDERDALE DIVISION

LAWRENCE FISHER and LESLEY EPSTEIN,
       Plaintiffs,

vs.

CAMBRIDGE Day Schools, Inc. and
CAMBRIDGE Academies, Inc.,

       Defendants.

Case No.: # 00-6120-CIV-ZLOCH

## NOTICE OF FILING AMENDED EXHIBIT "A" TO STIPULATION FOR SETTLEMENT AND ENTRY OF JUDGMENT

Plaintiffs and Defendants, through their respective counsel, give notice of the filing with the Clerk of the Court the following documents:

**AMENDED EXHIBIT "A" TO STIPULATION FOR SETTLEMENT AND ENTRY OF JUDGMENT.**

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of this Notice has been furnished by mail on this 31 day of March, 2000 to: Brian D. Anderson, Esq. and Jonathan Hudis, Esq., Oblon, Spivak, McClelland, Maier & Neustadt, P.C., 755 Jefferson Davis Highway, Arlington, VA 22202; Charles L. Solomont, Esq. and Joshua M. Dalton, Esq., Bingham Dana LLP, 1770 Massachusetts Avenue, Suite 212, Cambridge, Massachusetts 02140; and Joseph W. Bain, Esq., Quarles & Brady

Case No.: # 00-6120-CIV-ZLOCH

LLP, 222 Lakeview Avenue, 4th Floor, West Palm Beach, Florida 33401.

                                                FRANK, EFFMAN, WEINBERG & BLACK, P.A.

By:_____
    Robert T. Slatoff (Fla. Bar # 816116)
    7805 S. W. 6th Court
    Plantation, Florida 33324
    Tel. (954) 474-8000
    Fax. (954) 474-9850
    E-mail: Rslatoff@fewb.com
ATTORNEYS FOR PLAINTIFFS
LAWRENCE FISHER and LESLEY EPSTEIN

Of Counsel:
Brian D. Anderson (Fla. Bar # 0285811)    Steven A. Weinberg (Fla. Bar # 367508)
Jonathan Hudis    FRANK, EFFMAN, WEINBERG & BLACK, P.A.
OBLON, SPIVAK, McCLELLAND,    8000 Peters Road
 MAIER & NEUSTADT, P.C.    Plantation, Florida 33324
1755 Jefferson Davis Highway    Tel. (954) 474-8000
Arlington, Virginia 22202    Fax:(954) 474-9850
Tel. (703) 413-3000    Sweinberg@fewb.com
Fax. (703) 413-2220
E-mail: Banderson@oblon.com
        Jhudis@oblon.com

# ADDITIONAL ATTACHMENTS NOT SCANNED

PLEASE REFER TO COURT FILE